IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-2451-PSF-CBS

BRYCE E. CARLEY,

      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Utah corporation,

      Defendant.

_____

## ORDER DENYING MOTION FOR NON-COMPLIANCE WITH LOCAL RULE
_____

      Plaintiff's Motion to Attend the Final Trial Preparation Conference by Telephone

(Dkt. # 28) is DENIED without prejudice for failure to comply with D.C.COLO.LCivR

7.1A, which states:

> **Duty to Confer.** The court will not consider any motion,
> other than a motion under Fed. R. Civ. P. 12 or 56, unless
> counsel for the moving party or a *pro se* party, before filing
> the motion, has conferred or made reasonable, good-faith
> efforts to confer with opposing counsel or a *pro se* party to
> resolve the disputed matter. The moving party shall state
> in the motion, or in a certificate attached to the motion, the
> specific efforts to comply with this rule.

      DATED August 19, 2005.

                            BY THE COURT:

                            s/ Phillip S. Figa

                            _____

                            Phillip S. Figa
                            United States District Judge