IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-2451-PSF-CBS

BRYCE E. CARLEY,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Utah corporation,

    Defendant.

## ORDER GRANTING MOTION TO PERMIT ATTENDANCE BY TELEPHONE

Plaintiff's Amended Motion to Attend Final Trial Preparation Conference by Telephone (Dkt. # 30) is GRANTED.  Plaintiff's counsel, Fredric A. Bremseth, is directed to call chambers (303-335-2174) **no later than 8:40 a.m. (MDST) on September 7, 2005** in order to participate in the conference by telephone.  Mr. Bremseth is further directed to use a **land line – no cellular, cordless or speaker phone should be used.**

    DATED: August 19, 2005

                                                BY THE COURT:

                                                s/ Phillip S. Figa

                                                _____
                                                Phillip S. Figa
                                                United States District Judge