**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa**

Civil Action No. 03-cv-02451-PSF-CBS

BRYCE E. CARLEY,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Utah corporation,

    Defendant.
_____

**ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**
_____

    IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED September 12, 2005.

                                          BY THE COURT:

                                          s/ Phillip S. Figa
                                          _____
                                          Phillip S. Figa
                                          United States District Court